# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MIRAI CLINICAL, LLC, | Case No. 3:26-CV-00314-CLB |
| Plaintiff, | **ORDER FOR CORPORATE PLAINTIFF TO RETAIN COUNSEL** |
| v. | |
| DASH.FI, | |
| Defendant. | |

Plaintiff Mirai Clinical, LLC ("Mirai"), initiated this action on May 1, 2026, by filing a *pro se* complaint. (ECF No. 1.) According to the complaint, Mirai "is a Delaware limited liability company" with its principal place of business in Sparks, NV. (ECF No. 1 at 1.) However, corporations and other unincorporated associations are only permitted to appear in federal court "through licensed counsel." *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *see also Reading Int'l, Inc. v. Malulani Grp., Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) ("A corporation must be represented by counsel."). In other words, Mirai cannot maintain this action unless they retain counsel.

**IT IS THEREFORE ORDERED** that Mirai shall retain counsel and have them enter their appearance on or before **Friday, June 12, 2026**.

**IT IS FURTHER ORDERED** that if Mirai fails to retain counsel as ordered the Court will recommend dismissal of this action without prejudice.

**DATED**: May 14, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**